# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAYNA BLYTHE ANDERSSON,**
Appellant,

v.

**ULF PATRICK ANDERSSON,**
Appellee.

No. 4D17-1497

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, County; Kathleen J. Kroll, Judge; L.T. Case No. 2014DR011721XXXXNB.

Troy William Klein, West Palm Beach, for appellant.

Ulf Patrick Andersson, Nässjö, Sweden, for pro se.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***